UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY WILLIAMS, <u>et al.</u>,** | : |
| Plaintiffs | : No. 1:14-cv-00024 |
| vs. | : (Judge Kane) |
| **WARDEN ROBERT MCMILLAN, <u>et al.</u>,** | : |
| Defendants | : |

<u>**ORDER**</u>

**AND NOW,** on this 27th day of January 2017, **IT IS HEREBY ORDERED THAT** this action as it relates to Plaintiff Lytton is dismissed pursuant to Local Rule 41.1 and the Clerk of Court is directed to **CLOSE** the case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania